AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| JOHN D. BLACK,<br>    Plaintiff,<br><br>v.<br><br>NEW JERSEY STATE and<br>NORTH CAROLINA STATE,<br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:10-CV-452-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the court finds that Black's complaint fails to state a claim upon which relief can be granted, and this action is DISMISSED. Plaintiff's motion to proceed in forma pauperis [D.E. 1} is DENIED AS MOOT. The Clerk of Court shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **NOVEMBER 19, 2010** WITH A COPY TO:

John D. Black, Pro Se (via U.S. Postal Service to 216 Scotland Avenue, Raeford, NC 28376)


| | |
|---|---|
| November 19, 2010<br>Date | DENNIS P. IAVARONE, Clerk<br>Eastern District of North Carolina<br><br>/s/ Debby Sawyer<br>(By) Deputy Clerk |
| Raleigh, North Carolina | |